### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**HILDA L. SOLIS, Secretary of the United States Department of Labor,**   **PLAINTIFF**

NO: 4:10-cv-77-DPJ-FKB

v.

**HERBERT C. BRUISTER, *et al.***   **DEFENDANTS**

_____

### MOTION TO CONSOLIDATE FOR PURPOSES OF THIRD-PARTY DISCOVERY

_____

Defendants Herbert C. Bruister, Amy O. Smith, J. Michael Bruce, and Jonda C. Henry (collectively, the "Defendants"), by counsel and pursuant to Rule 42 of the Federal Rules of Civil Procedure and Rule 42 of the Local Uniform Civil Rules of the United States District Court for the Southern District of Mississippi, hereby move this Court to consolidate this case with *Rader v. Bruister, et al.*, Civil Action No. 4:10-CV-95-HTW-LRA ("Rader") for purposes of conducting third-party discovery.

Consolidation of this case and the Rader case for the limited purpose of completing third-party discovery is appropriate and permissible. Both cases involve similar legal claims against some of the same defendants, and there are numerous common issues of law and fact. As a result, counsel for Defendants (in both cases) have repeatedly requested that the parties coordinate the scheduling of depositions, particularly with respect to third-party witnesses, so that the very same witnesses will not have to be deposed twice on the very same issues during the very same time frame.

In support of their Motion, the Defendants submit the accompanying Memorandum of Points and Authorities.

### Local Uniform Civil Rule 7(b)(10) Certification

As is more fully set forth in the accompanying Memorandum of Points and Authorities in support of this Motion, the Plaintiff herein and the Rader Plaintiffs do not consent to the requested relief in this Motion.

WHEREFORE, Defendants Herbert C. Bruister, Amy O. Smith, Jonda C. Henry, and J. Michael Bruce, respectfully request this Court to grant their motion to consolidate the discovery of the third-party witnesses in this case and the Rader case.

Dated:  May 25, 2011  
Respectfully submitted,

/s/ David R. Johanson  
David R. Johanson (*Pro Hac Vice*)  
JOHANSON BERENSON LLP  
50 W. Dayton Street, Suite 303  
Pasadena, California  91105  
Telephone: (626) 792-0028  
Facsimile: (707) 581-1704  
E-Mail:  drj@esop-law.com

/s/ Douglas A. Rubel  
Douglas A. Rubel (*Pro Hac Vice*)  
JOHANSON BERENSON LLP  
201 Shannon Oaks Circle, Suite 200  
Cary, North Carolina  27511  
Telephone:  (919) 654-4544  
Facsimile:  (919) 882-0906  
E-Mail:  dar@johansonberenson.com

/s/ Cecil Maison Heidelberg
Cecil Maison Heidelberg
HEIDELBERG HARMON, PLLC
795 Woodlands Parkway, Suite 220
Ridgeland, Mississippi 39157
Telephone: (601) 956-2090
Email:  mheidelberg@heidelbergharmon.com

*Attorneys for Defendants Herbert C. Bruister, Amy O. Smith, Jonda C. Henry and J. Michael Bruce*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May 2011, a true and correct copy of the foregoing document was served upon the following parties via operation of the Court's ECF system.

*Attorneys for Plaintiff Hilda L. Solis, Secretary of the United States Department of Labor:*

**Dane L. Steffenson**
U.S. DEPARTMENT OF LABOR
Atlanta Office of the Solicitor
61 Forsythe Street, Room 7T10
Atlanta, Georgia  30303

**Stephen Silverman**
**Leslie C. Perlman**
**Thomas Tso**
U.S. DEPARTMENT OF LABOR
Office of the Solicitor
Plan Benefits Security Division
200 Constitution Avenue, NW
Washington, D.C.  20210

*Attorneys for Defendants Herbert C. Bruister, Amy O. Smith, Jonda C. Henry, and J. Michael Bruce:*

**David R. Johanson**
JOHANSON BERENSON LLP
50 W. Dayton Street, Suite 303
Pasadena, California  91105

**Cecil Maison Heidelberg**
HEIDELBERG HARMON, PLLC
795 Woodlands Parkway, Suite 220
Ridgeland, Mississippi  39157

/s/ Douglas A. Rubel
DOUGLAS A. RUBEL