IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SETH D. HARRIS, Acting Secretary of
the United States Department of Labor                                                    PLAINTIFF

v.                                                                    CIVIL ACTION NO. 4:10cv77-DPJ-FKB

HERBERT C. BRUISTER, et al.                                                          DEFENDANTS

TO BE CONSOLIDATED WITH

JOEL D. RADER and VINCENT SEALY                                                    PLAINTIFFS

VS.                                                                   CIVIL ACTION NO. 4:10cv95-DPJ-FKB

HERBERT C. BRUISTER, AMY O. SMITH,
JONDA HENRY, ROBERT EDDY, and
BRUISTER FAMILY LLC                                                                  DEFENDANTS

and

SOUTHEASTERN VENTURES, INC., fka
BRUISTER & ASSOCIATES, INC.;
BRUISTER & ASSOCIATES, INC.
EMPLOYEE STOCK OWNERSHIP PLAN
AND TRUST; BRUISTER & ASSOCIATES,
INC. ELIGIBLE INDIVIDUAL ACCOUNT PLAN           NOMINAL DEFENDANTS

ORDER OF CONSOLIDATION

This cause is before the Court *sua sponte* for consideration of consolidation pursuant to

Federal Rule of Civil Procedure 42.  The Court finds that the two pending actions involve

common questions of law or fact which make it more convenient and economical for both

actions to be consolidated.

IT IS THEREFORE ORDERED that Civil Action No. 4:10cv77 and Civil Action No.

4:10cv95 are hereby consolidated for all purposes.  All future docketing and filing shall be done

in the lead case, Civil Action No. 4:10cv77.

   **SO ORDERED AND ADJUDGED** this the 31st day of December, 2013.

              s/ *Daniel P. Jordan III*
              UNITED STATES DISTRICT JUDGE