# IN THE UNTED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**SETH D. HARRIS, Acting Secretary of the United States Department of Labor**

    **PLAINITFF,**

**VS.**　　　　　　　　　　　　　　**CIVIL DOCKET NO. 3:13cv1001 DPJ-FKB**

**HERBERT BRUISTER, et al,**

    **DEFENDANTS.**

**Consolidated With**

**JOEL D. RADER, et al.**

    **PLAINTIFF,**

**VS**

**HERBERT BRUISTER,**
**SOUTHEASTERN VENTURES, INC, et al,**

    **DEFENDANTS.**

## ORDER ON MOTION TO WITHDRAW

THIS MATTER is before the Court on the Motion to Withdraw filed on behalf of Ollie A. Cleveland, III, William B. Wahlheim, Jr. and John David Collins, counsel of record for the Defendants Amy O. Smith and Jonda C. Henry.

Upon due consideration of the motion, it ORDERED AND ADJUDGED that Ollie A. Cleveland, III, William B. Wahlheim, Jr. and John David Collins shall be withdrawn as counsel of record for Defendants Amy O. Smith and Jonda C. Henry.

THIS, the 7th day of March, 2014.

02822163.1

2

        /s/ F. Keith Ball
            MAGISTRATE JUDGE

Prepared and submitted by:

Ollie A. Cleveland, III
MAYNARD COOPER & GALE, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, AL  35203
Phone (205) 254-1000
Facsimile: (205) 254-1999