IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

THOMAS E. PEREZ, Secretary of
the United States Department of Labor                                    PLAINTIFF

v.                                              CIVIL ACTION NO. 3:13cv1001-DPJ-FKB

HERBERT C. BRUISTER, et al.                                            DEFENDANTS

JUDGMENT

Consistent with the Order entered this date, the Court finds that Judgment should be

entered in favor of Plaintiff Thomas E. Perez, Secretary of the United States Department of

Labor, in the amount of $6,492,613.97.  Defendants Herbert Bruister, Amy Smith, and Jonda

Henry are jointly and severally liable in the amount of $4,504,605.30.  Bruister is also liable for

$1,988,008.67 in prejudgment interest.  All awards shall be paid to the benefit of the Bruister &

Associates Employee Stock Ownership Trust, the Bruister & Associates Employee Stock

Ownership Plan, and/or the Bruister & Associates Eligible Individual Account Plan.  Defendants

Bruister, Smith, and Henry are all permanently enjoined from acting in the future as fiduciaries or

service providers to ERISA-covered plans.

**SO ORDERED AND ADJUDGED** this the 16th day of October, 2014.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE