# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-60811



A True Copy
Certified order issued Jun 18, 2015

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

THOMAS E. PEREZ, SECRETARY, DEPARTMENT OF LABOR,

    Plaintiff - Appellee Cross-Appellant

v.

HERBERT BRUISTER; AMY SMITH; JONDA HENRY,

    Defendants - Appellants Cross-Appellees

Appeals from the United States District Court for the
Southern District of Mississippi, Jackson

CLERK'S OFFICE:

    Under FED R. APP. P. 42(b), the appeal is dismissed as of June 18, 2015, as to appellant - cross appellee Jonda Henry only pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT