# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-60811

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
MAY 06 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

THOMAS E. PEREZ, SECRETARY, DEPARTMENT OF LABOR,

        Plaintiff - Appellee Cross-Appellant

v.

HERBERT BRUISTER,

        Defendant - Appellant Cross-Appellee

************************************************************************

cons/w No. 14-60816

THOMAS E. PEREZ, SECRETARY, DEPARTMENT OF LABOR,

        Plaintiff

v.

HERBERT BRUISTER,

        Defendant

*******************************

VINCENT SEALY,

        Plaintiff - Appellee

v.

HERBERT C. BRUISTER; BRUISTER FAMILY L.L.C.,

        Defendants - Appellants

Appeal from the United States District Court
for the Southern District of Mississippi

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:

IT IS ORDERED that Appellant Cross-Appellee's Unopposed Motion in Case No. 14-60811 to Amend the Record on Appeal regarding the Bill of Costs is GRANTED.

This order does not affect the award of costs in Case No. 14-60816, nor is it affected by our consolidation of the judgments in the district court.